IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TAMARA L. DIBARTOLA,

    Plaintiff,

        v.

THE UNITED STATES STEEL AND
CARNEGIE PENSION FUND *a
Pennsylvania corporation*,

    Defendant.

12cv1812
**ELECTRONICALLY FILED**

## Order of Court

And now, this 28th day of June, 2013, for the reasons set forth in the Accompanying Memorandum Opinion, it is HEREBY ORDERED that:

(1) Plaintiff's Motion for Summary Judgment (doc. no. 21) is DENIED.

(2) Defendant's Motion for Summary Judgment (doc. no. 17) is GRANTED.

(3) Judgment is hereby entered in favor of Defendant and against Plaintiff.

(4) The Clerk shall mark the docket closed.

                                          s/ Arthur J. Schwab
                                          Arthur J. Schwab
                                          United States District Judge

cc:    All Registered ECF Counsel and Parties